**IT IS ORDERED as set forth below:**

**Date: April 22, 2019**



_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HANS GERALD REID, | : | CASE NO. 16-62056-SMS |
| *a/k/a* Hans G. Reid | : | |
| *a/k/a* Hans Reid | : | |
| | : | |
| Debtor. | : | |

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL, SUBJECT TO OBJECTION

On April 22, 2019, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an Application for Appointment of Special Counsel, Taylor English Duma LLP and Keith Adams and Associates, LLC ("**Special Counsel**" or "**Applicant**") as attorneys for Trustee [Doc. No. 25] (the "**Application**"). The Application and accompanying verified statement demonstrate that Applicant is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of a professional for the purpose specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's special counsel during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to Applicant upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the end of the Federal Government shutdown. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, the proposed special counsel, and the objecting party.

**[END OF DOCUMENT]**

Prepared and submitted by:

   /s/ S. Gregory Hays
    S. Gregory Hays
    Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W, Ste 555
Atlanta, Georgia 30305
404) 926-0060

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Hans Gerald Reid
8063 Creekstone Way
Riverdale, GA 30274

Stacey L. Butler
The Bankruptcy Law Group, LLC
Suite A
155 Eagles Walk
Stockbridge, GA 30281

Michael D. Johnson
Taylor English Duma LLP
1600 Parkwood Circle, SE #200
Atlanta, GA 30339

Keith Adams
Keith Adams & Associates, LLC
315 W Ponce de Leon Ave #602
Decatur, GA 30030