# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 16-62056-SMS | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | REID, HANS GERALD | Date Filed (f) or Converted (c): | 07/11/2016 (f) |
| | | § 341(a) Meeting Date: | 08/17/2016 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 02/08/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8063 Creekstone Way, Riverdale, GA 30274<br>Abandoned per Notice, Docket # 16. | 65,978.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2008 BMW 335i, 77000 miles<br>Abandoned per Notice, Docket # 16. | 15,250.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1957 Chevrolet 3100, 30000 (rebult Motor) miles<br>Abandoned per Notice, Docket # 16. | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 1979 Cadillac DeVille Sedan, 53000 miles<br>Abandoned per Notice, Docket # 16. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 5 | 2005 Mercedes Benz C230, 270000 miles<br>Abandoned per Notice, Docket # 16. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | 1997 Mazda B3000, 160000 miles<br>Abandoned per Notice, Docket # 16. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 7 | Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Used mens clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Checking and Savings: Wells Fargo Bank checking 2500.00 savings 0.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Pending appeal for a dismissed wrongful termination lawsuit against previous employer (reserve right to exempt at a later date)<br>Bankruptcy schedules were amended (Dkt # 24) to describe claim as a malicious prosecution claim and increasing the value from $5,200 to $5,200,000. | 5,200,000.00 | 0.00 | | 0.00 | 175,000.00 |
| 10 | Assets     Totals     (Excluding unknown values) | **$5,297,028.00** | **$3,000.00** | | **$0.00** | **$175,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 16-62056-SMS | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** REID, HANS GERALD | **Date Filed (f) or Converted (c):** 07/11/2016 (f) |
| | **§ 341(a) Meeting Date:** 08/17/2016 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 02/08/2017 |

**Major Activities Affecting Case Closing:**

The case, HANS G. REID V. WASTE INDUSTRIES USA, INC ET AL was scheduled for trial in July 2019. Just prior to the trail, the Trustee and Defendants agreed to a settlement of $175,000. Upon approval of the settlement and after payment of special counsel fees & expenses and the Debtor's exemptions, the Trustee estimates there will be sufficient funds from the settlement to pay creditors in full plus interest and pay surplus funds to the Debtor.

**Initial Projected Date Of Final Report (TFR):**   12/31/2018     **Current Projected Date Of Final Report (TFR):**   12/31/2019

07/29/2019                                                          /s/S. Gregory Hays
_____                                                     _____
Date                                                                S. Gregory Hays